**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| **BARRETT S. TUNSIL,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No. 14-cv-2383** |
| | : | |
| **CITY OF PHILADELPHIA, ET AL.,** | : | |
| **Defendants.** | : | |
| | : | |

## O R D E R

**AND NOW**, this 18th day of December 2014, upon consideration of the

defendants' motions to dismiss (Doc. No. 6 and 8) and all responses thereto and after a

hearing, it is hereby **ORDERED** that the motions are **GRANTED**, in accord with the

accompanying memorandum, and  the complaint is **DISMISSED WITHOUT**

**PREJUDICE**.

The plaintiff is **GRANTED LEAVE** to file an amended complaint to cure the

deficiencies noted in the accompanying memorandum within **thirty (30) days** of the date

of this Order.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.