IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARRETT S. TUNSIL,<br>Plaintiff, | : CIVIL ACTION<br>:<br>: |
| v. | : No. 14-cv-2383 |
| CITY OF PHILADELPHIA, ET AL.,<br>Defendants. | :<br>: |

FILED
NOV 30 2015
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW**, this 30th day of November, 2015, upon consideration of the Defendants' Motions to Dismiss (Doc. Nos. 71 & 72), all responses thereto, and after a hearing, it is hereby **ORDERED** that the motions are **GRANTED**, in accord with the accompanying memorandum.

**IT IS FURTHER ORDERED** that the Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to mark this case as **CLOSED**.

BY THE COURT:

_/s/ Lawrence F. Stengel_
LAWRENCE F. STENGEL, J.